HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. 2:23-CR-135-JNW |
| Plaintiff, | **ORDER CONTINUING TRIAL** |
| vs. | |
| MISAEL TRUJILLO-BALTAZAR, | |
| Defendant. | |

The Court has considered Defendant's motion for a continuance of his trial date from October 16, 2023. Defense Counsel has indicated by way of his motion that he requires additional time to consult with his client and / or to prepare the case for trial. Based upon Defense Counsel's motion, the Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure Defense Counsel sufficient time for case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

ORDER CONTINUING TRIAL - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

The Court further finds that the period of time from the current trial date of until two weeks beyond the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i) and (iv).

IT IS THEREFORE ORDERED that the trial date in this matter is continued to May 20, 2024, and the Pre-trial Motions deadline is extended to April 18, 2024.

Dated this 14th day of September, 2023.

Jamal N. Whitehead
United States District Judge

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER CONTINUING TRIAL - 2

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818