UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00135-JNW-1 |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING |
| v. | |
| MISAEL TRUJILLO-BALTAZAR, | |
| Defendant. | |

Having considered the agreed motion to continue sentencing in this matter, Dkt. No. 32, the Court finds good cause to continue the sentencing of Misael Trujillo-Baltazar. Accordingly, the Court GRANTS the motion, Dkt. No. 32, and RESETS Trujillo-Baltazar's sentencing date to October 3, 2024.

Dated this 27th day of August, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** CONTINUING SENTENCING - 1