The Hon. James N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

MISAEL TRUJILLO-BALTAZAR,

Defendant.

NO. CR23-135-JNW

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (the "Motion") for the following property (the "Subject Property"):

1.    One Hi-Point Arms Model 995 9mm rifle, with serial number B05335, and any associated ammunition; and

2.    One New Frontier Armory LW-15 rifle, with serial number NLV36039 and any associated ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

//

Final Order of Forfeiture - 1
*United States v. Trujillo-Baltazar*, CR23-135-JNW

- On September 12, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853(a), and pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting Defendant's interest in it (*see* Dkt. No. 36);

- As required by 21 U.S.C. § 853(n)(l) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the Preliminary Order of Forfeiture and its intent to dispose of the property in accordance with governing law (*see* Dkt. No. 41) and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for Final Order of Forfeiture, ¶ 2, Exhibits A - C); and

- No third-party claims have been filed, and the relevant period for doing so expired on July 7, 2025. *See* 21 U.S.C. § 853(n)(2), Fed. R. Crim. P. 32.2(b)(6), and Fed. R. Civ. P., Supp. R. G(5)(a)(ii).

Now, therefore, the Court ORDERS:

1. No right, title, or interest in the above-identified Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///

///

Final Order of Forfeiture - 2
*United States v. Trujillo-Baltazar*, CR23-135-JNW

3.      The United States Department of Justice, the Drug Enforcement Administration, and/or its representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this __26th__ day of ___February___, 2026.

_____
THE HON. JAMES N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

 _s/ Karyn S. Johnson_
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Trujillo-Baltazar*, CR23-135-JNW